**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1972**

_____

SUSAN B. SARGENT,

        Plaintiff - Appellant,

    v.

FRANKLIN SQUARE HOSPITAL CENTER, INC., d/b/a Medstar Franklin Square
Medical Center,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
Richard D. Bennett, Senior District Judge. (1:24-cv-00795-RDB)

_____

Submitted: April 24, 2025                Decided: April 28, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:** Donald Quinn, QUINN PATTON, LC, Severna Park, Maryland, for
Appellant. Chaitra Gowda, BAKER DONELSON BEARMAN CALDWELL &
BERKOWITZ, P.C., Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan B. Sargent appeals the district court's order granting Defendant's motion to dismiss Sargent's discrimination claim, brought pursuant to the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634, and her retaliation claim, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Sargent v. Franklin Square Hosp. Ctr., Inc.*, No. 1:24-cv-00795-RDB (D. Md. Sept. 10, 2024; Oct. 1, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*